UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD J. SARTOR and<br>DIANE SARTOR,<br>    Plaintiffs | :<br>:<br>:<br>: |
| v. | : Civil Action No. 3:02 CV 70 (CFD)<br>: |
| TOWN OF MANCHESTER<br>    Defendants. | :<br>: |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_   A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_   A ruling on the following motion which is currently pending: (orefm.)

_X_   A settlement conference (orefmisc./cnf)

\_\_\_   A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_   Other: (orefmisc./misc) _____

SO ORDERED this __1st__ day of April 2004, at Hartford, Connecticut.

                                             /s/ CFD
                                             Christopher F. Droney
                                             United States District Judge