FILED

2004 APR 29  A 10: 53

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD J. SARTOR<br>AND DIANE SARTOR | : | NO.:  3:02CV70 (CFD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MANCHESTER | : | APRIL 27, 2004 |

## JOINT MEMORANDUM

Pursuant to FRP 16, the parties respectfully request that the Court modify the Scheduling Order, and enlarge the time in which a joint trial memorandum is to be filed until 30 days following the completion of a settlement conference.

Presently, a joint trial memorandum is due on or about May 3, 2004.  However, the parties have been referred to United States Magistrate Judge Thomas P. Smith for purposes of a settlement conference.  Because the Court has found with the plaintiff on the issue of liability, there is a very real possibility that a final settlement conference could resolve the matter.  The parties believe that diversion from the central goal of case resolution, in favor of litigation preparation, would be unproductive and an inefficient use of resources.

WHEREFORE, the parties respectfully request that the Court grant this motion.

ORAL ARGUMENT IS NOT REQUESTED

PLAINTIFFS,
RICHARD J. SARTOR and
DIANE SARTOR

By_____
Kathleen Eldergill [ct00024]
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040
Phone:  (860) 646-5606
Fax:  (860) 646-0054
E-Mail:


DEFENDANT,
TOWN OF MANCHESTER

By_____
Michael J. Rose [ct14803]
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
Phone:  (860) 249-1361
Fax:  (860) 249-7665
E-Mail:  mrose@hl-law.com

2