UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUL 29 P 12: 28

U.S. DISTRICT COURT
HARTFORD, CT.

RICHARD J. SARTOR          :
DIANA SARTOR

Vs.                        :          CASE NO. 3:02CV70(CFD)

TOWN OF MANCHESTER         :

### JUDGMENT

Counsel of record having reported to the court on June 23, 2004 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, July 29, 2004

KEVIN F. ROWE, CLERK

BY _____
Devorah Johnson
Deputy Clerk

EOD_____