UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD J. SARTOR : | |
| AND DIANE SARTOR : | NO.: 3:02CV70 (CFD) |
| : | |
| v. : | |
| : | |
| TOWN OF MANCHESTER : | AUGUST 17, 2004 |

## MOTION TO RE-OPEN DISMISSAL

Pursuant to Fed. R. Civ. P. 60(b)(6), the defendant, Town of Manchester, hereby moves this Court to re-open and/or set aside the dismissal entered by the Court on July 29, 2004. The defendant so moves for the following reasons:

1. On March 29, 2004, this Court, Droney, J., granted plaintiff's Motion for Summary Judgment on liability.

2. On June 23, 2004, a settlement conference was held, and a tentative agreement reached. The agreement required approval of the Town of Manchester Board of Directors.

3. On July 29, 2004, this Court ordered this action dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement had not been consummated.

4. On August 3, 2004, the Manchester Board of Directors approved the proposed settlement.

ORAL ARGUMENT IS NOT REQUESTED

5.	The revocation period, in which citizens can request a referendum, has now passed.

6.	The parties join in requesting that the Court open the case in order to enter into a stipulated judgment and exercise continuous jurisdiction over the case.

WHEREFORE, the defendant respectfully requests that the Court open and/or set aside the dismissal entered on July 29, 2004 and continue jurisdiction over this matter.

                              DEFENDANT,
                              TOWN OF MANCHESTER

By_____
  Michael J. Rose [ct14803]
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  Phone:  (860) 249-1361
  Fax:  (860) 249-7665
  E-Mail:  mrose@hl-law.com

## **CERTIFICATION**

        This is to certify that a copy of the foregoing has been sent, handling charges prepaid, to the following counsel of record this 17th day of August, 2004.

Kathleen Eldergill, Esquire
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040

                                                              _____
                                                               Michael J. Rose