FILED

2004 AUG 20  A 11: 31

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT

RICHARD J. SARTOR AND          :     CIVIL ACTION NO. 3:02CV70 (CFD)
DIANA SARTOR
    Plaintiffs                             :

VS.                                              :

TOWN OF MANCHESTER           :     AUGUST 9, 2004
    Defendant

## STIPULATED JUDGMENT

To effectuate the summary judgment entered in this matter, the parties hereby stipulate and agree as follows:

1. Pension payments by the Town of Manchester ("Town") to Richard Sartor ("Sartor") shall be increased to $56,215.00 annually, consistent with the terms of the parties' severance agreement ("Agreement").

2. The Town agrees to pay a lump sum to Sartor calculated as follows:

    a. Reimbursement for the differential between the pension originally paid to him and the pension to which he is entitled as a result of the court's judgment, at the rate of $10,710.00 per annum, until approval and payment by the Board of Directors of the Town of this stipulation; plus

    b. Interest on the pension differential paid at the rate of 6% per annum from

November 1, 2001 through the date of payment of the sum described in paragraph 2.a; plus

    c. Reimbursement for costs in the amount of $20,000.00.

    3. The payment of the above lump sum will be made in two installments, one upon approval of the Board of Directors of this stipulation and one on January 2, 2005.

    4. The Town will provide health insurance to Richard J. Sartor and Diana L. Sartor, jointly and/or individually, for life, in accordance with the Agreement, as follows: Continuation of existing BC/BS Ct. Century Preferred and major medical insurance until age 65. At age 65, Connecticut Blue Cross 65, CMS65 program and MM65 major medical supplement, medicare supplement high option plan 81. The Town shall receive the co-pay for health insurance of $71.10 per month fixed rate, which shall not increase during the life of Richard or Diana Sartor. Payments shall be pretax deductions from Sartor's pension payments, in accordance with the Town's current practice and, in the event of Sartor's death, the co-pay will be paid by Diana Sartor, upon receipt of notice and billing by the Town.

    5. The Town shall provide life insurance to Richard J. Sartor for his lifetime in the amount of $200,000.00, with the beneficiary designated as Diana L. Sartor, or if deceased,

co-beneficiaries Richard R. Sartor and Matthew J. Sartor (sons), equally sharing. The Town shall receive the co-pay for life insurance in the amount of $63.33 per month fixed rate, which shall not increase during the life of Richard Sartor. Payments shall be pretax deductions from Sartor's pension payment, in accordance with the Town's current practice.

6. The Town shall indemnify and provide professional liability coverage for wrongful acts alleged against Mr. Sartor during his employment as General Manager of the Town of Manchester, CT.

7. The court shall retain continuing jurisdiction over this matter as necessary to enforce this stipulation.

PLAINTIFFS

By: _____ Date: 8/9/04
Kathleen Eldergill
Fed. Bar No.ct00024
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
Tel: (860) 646-5606

DEFENDANT

By: _____ Date: 8/18/04
Michael J. Rose
Fed. Bar No. 14803
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Tel: (860) 249-1361

Sartor\Stip08-04.pld