#41

FILED

2004 AUG 18 A 11: 09

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD J. SARTOR<br>AND DIANE SARTOR | : | NO.: 3:02CV70 (CFD) |
| v. | : | |
| TOWN OF MANCHESTER | : | AUGUST 17, 2004 |

Granted. So ordered. /s/ 9/3/04

### MOTION TO RE-OPEN DISMISSAL

Pursuant to Fed. R. Civ. P. 60(b)(6), the defendant, Town of Manchester, hereby moves this Court to re-open and/or set aside the dismissal entered by the Court on July 29, 2004. The defendant so moves for the following reasons:

1. On March 29, 2004, this Court, Droney, J., granted plaintiff's Motion for Summary Judgment on liability.

2. On June 23, 2004, a settlement conference was held, and a tentative agreement reached. The agreement required approval of the Town of Manchester Board of Directors.

3. On July 29, 2004, this Court ordered this action dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement had not been consummated.

4. On August 3, 2004, the Manchester Board of Directors approved the proposed settlement.

ORAL ARGUMENT IS NOT REQUESTED