FILED

2004 AUG 20  A 11: 31

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD J. SARTOR AND DIANA SARTOR<br>Plaintiffs | : | CIVIL ACTION NO. 3:02CV70 (CFD) |
| | : | |
| VS. | : | |
| TOWN OF MANCHESTER<br>Defendant | : | AUGUST 9, 2004 |

### STIPULATED JUDGMENT

To effectuate the summary judgment entered in this matter, the parties hereby stipulate and agree as follows:

1. Pension payments by the Town of Manchester ("Town") to Richard Sartor ("Sartor") shall be increased to $56,215.00 annually, consistent with the terms of the parties' severance agreement ("Agreement").

2. The Town agrees to pay a lump sum to Sartor calculated as follows:

   a. Reimbursement for the differential between the pension originally paid to him and the pension to which he is entitled as a result of the court's judgment, at the rate of $10,710.00 per annum, until approval and payment by the Board of Directors of the Town of this stipulation; plus

   b. Interest on the pension differential paid at the rate of 6% per annum from

*Approved and so ordered.*
*[signature] 9/3/04*